| | |
|---|---|
| 1 | FRANK A. MAGNANINO, ESQ.; STATE BAR NO.: 174570<br>E-Mail: fmagnanino@tharpe-howell.com |
| 2 | ERIC J. PALMER, ESQ.: STATE BAR NO.: 231207<br>E-mail: epalmer@tharpe-howell.com |
| 3 | JACQUELYN A. KWONG, ESQ: STATE BAR NO. 331461<br>E-mail: jkwong@tharpe-howel.com |

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  fmagnanino@@tharpe-howell.com

*Attorneys for Defendant*, GALATI, LLC, dba IL SEGRETO RISTORANTE

Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff,* PORTIA MASON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON,<br><br>            Plaintiff,<br><br>v.<br><br>GALATI LLC d/b/a IL SEGRETO RISTORANTE, a California limited company; and DOES 1 to 10, inclusive,<br><br>            Defendants. | CASE NO.: 2:22-cv-08258-SB (MARx)<br><br>*Assigned to Dist. Judge: Stanley [Blumenfeld, Jr.; and Mag. Judge: Margo A. Rocconi]*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

///

///

///

- 1 -
NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Portia Mason, and Defendant, Galati LLC d/b/a Il Segreto Ristorante ("the Parties"), have reached a settlement in the above-captioned matter. The Parties have executed a formal settlement agreement and anticipate filing an executed Stipulation of Dismissal for the entire action within the next 30 days.

Therefore, the Parties, by and through their undersigned counsel, request the District Court vacate all dates and deadlines set forth within its Case Management Order of January 11, 2023. (ECF No. 14.)

Dated: March 2, 2023　　　　　　　　　　　　　WILSHIRE LAW FIRM

By: */s/ Binyamin I. Manoucheri*[1]
　　THIAGO M. COEHLO
　　BINYAMIN I. MANOUCHERI
　　Attorneys for Plaintiff,
　　PORTIA MASON

Dated: March 2, 2023　　　　　　　　　　　　　THARPE & HOWELL, LLP

By: _____
　　FRANK A. MAGNANIMO
　　ERIC J. PALMER
　　JACQUELYN A. KWONG
　　Attorneys for Defendant,
　　GALATI, LLC, dba IL SEGRETO RISTORANTE

---

[1] Pursuant Rule 5-4.3.4(a) of the Central District Local Civil Rules, plaintiff's counsel gave authority to have his electronic signature affixed to this document.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Thiago M. Coelho, Esq.<br>Binyamin I. Manoucheri, Esq.<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010<br>Tel: 213.381.9988<br>thiago@wilshirelawfirm.com<br>binyamin@wilshirelawfirm.com | Attorneys for Plaintiff,<br>PORTIA MASON |

5. a. __X__ **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): see below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 3/6/23 | Jacqueline J. Thorne | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33431\Pleadings\2023-03-06 yz - Notice of Settlement.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221