# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALATI LLC d/b/a IL SEGRETO RISTORANTE, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-08258-SB-MAR<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:　November 11, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Pursuant to the parties' joint stipulation, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

　　**IT IS SO ORDERED.**

DATED: March 10, 2023　　　　By: _____
　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　United States District Judge